IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN P. MURPHY, a Florida citizen, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BERTRAND COLE AND ASSOCIATES, LTD., ) <br> d/b/a HINSDALE FINE JEWELRY ) <br> COMPANY, an Illinois corporation, the ) <br> ESTATE OF BERTRAND C. WAIT and JOAN ) <br> WAIT, a California citizen, individually and ) <br> d/b/a Precious Estate, ) <br> ) <br> Defendants. ) | Case No.: 1:21-cv-05656 <br><br> Judge Manish S. Shah <br><br> Magistrate Judge Sunil R. Harjani |

## FEDERAL RULE OF CIVIL PROCEDURE 41(a) JOINT STIPULATION TO DISMISS

Pursuant to the settlement of this case, KEVIN P. MURPHY, by his attorneys, Bruce C. Scalambrino and Gregg J. Simon, and BERTRAND COLE and ASSOC., LTD., ESTATE OF BERTRAND C. WAIT and JOAN WAIT, by their attorney, Thomas G. DiCianni, (collectively, the "Parties"), hereby stipulate to the dismissal of this lawsuit, with each side to bear its own costs, as follows:

1. The Parties stipulate that this dismissal is without prejudice. The Parties stipulate that the dismissal shall convert to a dismissal with prejudice on September 11, 2025 unless either party requests to reinstate the lawsuit prior to September 11, 2025, in which case the lawsuit shall not be dismissed with prejudice, and instead shall be reinstated.

2. An Agreed Dismissal Order is attached.

| | |
|---|---|
| BERTRAND COLE and ASSOC., LTD, ESTATE of BERTRAND C. WAIT, and JOAN WAIT, | KEVIN MURPHY, |

BERTRAND COLE and ASSOC., LTD,
ESTATE of BERTRAND C. WAIT, and
JOAN WAIT,

By:/s/ [signature]
   One of their attorneys

Thomas G. DiCianni (ARDC 0312704)
ANCEL GLINK, P.C.
140 South Dearborn Street
Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
Email: tdicianni@ancelglink.com

KEVIN MURPHY,

By: /s/Gregg J. Simon
   One of his attorneys

Bruce C. Scalambrino (ARDC 06193809)
Gregg J. Simon (ARDC 06216852)
SCALAMBRINO & ARNOFF, LLP
105 West Madison Street
Suite 810
Chicago, Illinois 60602
(312) 629-0545
Emails: bcs@sacounsel.com
        gjs@sacounsel.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN P. MURPHY, a Florida citizen, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BERTRAND COLE AND ASSOCIATES, LTD., ) <br> d/b/a HINSDALE FINE JEWELRY ) <br> COMPANY, an Illinois corporation, the ) <br> ESTATE OF BERTRAND C. WAIT and JOAN ) <br> WAIT, a California citizen, individually and ) <br> d/b/a Precious Estate, ) <br> ) <br> Defendants. ) | Case No.: 1:21-cv-05656 <br><br> Judge Manish S. Shah <br><br> Magistrate Judge Sunil R. Harjani |

## AGREED DISMISSAL ORDER

This cause coming to be heard on the joint stipulation of the parties for entry of an agreed dismissal order, without prejudice, following the settlement of claims between plaintiff, KEVIN P. MURPHY, and defendants, BERTRAND COLE and ASSOC., LTD., ESTATE OF BERTRAND C. WAIT and JOAN WAIT,

**IT IS HEREBY ORDERED:**

1. Pursuant to the parties' joint stipulation of dismissal [Docket No. ___], Plaintiff's claims are dismissed without prejudice.

2. Such dismissal will automatically convert to a dismissal with prejudice on September 11, 2025, unless either party files a motion for leave to reinstate the case prior to September 11, 2025.

1

2

3. The parties to bear their own costs.

**DATED:**_____   **ENTERED:**

_____
**Judge Manish S. Shah**

**Agreed:**

BERTRAND COLE and ASSOC., LTD,   KEVIN MURPHY,
ESTATE of BERTRAND C. WAIT, and
JOAN WAIT,

By: /s/ _____   By: /s/Gregg J. Simon_____
    One of their attorneys              One of his attorneys

Thomas G. DiCianni (ARDC 0312704)   Bruce C. Scalambrino (ARDC 06193809)
ANCEL GLINK, P.C.                   Gregg J. Simon (ARDC 06216852)
140 South Dearborn Street           SCALAMBRINO & ARNOFF, LLP
Sixth Floor                         105 West Madison Street
Chicago, Illinois 60603             Suite 810
(312) 782-7606                      Chicago, Illinois 60602
Email: tdicianni@ancelglink.com     (312) 629-0545
                                    Emails: bcs@sacounsel.com
                                            gjs@sacounsel.com

2