# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kevin P. Murphy

                           Plaintiff,

v.                                                    Case No.: 1:21−cv−05656

                                                           Honorable Manish S. Shah

Bertrand Cole and Associates, LTD., et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the parties' stipulation this case is dismissed without prejudice, with leave to reinstate by 9/11/25. If no motion to reinstate is filed by 9/11/25, the dismissal will automatically convert to a dismissal with prejudice. The parties bear their own costs. Terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.